IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon