# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT MACLAFFERTY,                    )
                                       )
            Plaintiff,                 )   No. 1:06-cv-00279 (RMU)
                                       )
      v.                               )
                                       )
UNITED STATES,                         )
                                       )
            Defendant.                 )

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting

MEMORANDUM,  and proposed ORDER were served upon the following

individual(s) on April 28, 2006, by sending a copy by First Class mail, postage prepaid,

addressed as follows:


            Robert MacLafferty
            1020 Silver Maple Lane
            Portland, TN 37148

                  /s/ Beatriz T. Saiz
                  BEATRIZ T. SAIZ