UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT MACLAFFERTY, | : | |
| Plaintiff, | : | Civil Action No.: 06-0279 (RMU) |
| v. | : | Document No.: 4 |
| UNITED STATES | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 24th day of August, 2006,

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

        RICARDO M. URBINA
    United States District Judge